IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| K.L.,<br><br>    Plaintiff,<br><br>vs.<br><br>PSYCH CARE CONSULTANTS, L.L.C.,<br><br>  and<br><br>QRS, INC.,<br><br>    Defendants. | Case No. 3:22-cv-00061-JRG-DCP |

NOTICE OF DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff K.L., by and through her undersigned attorney, Todd C. Werts of Lear Werts LLP and hereby gives notice that this action is hereby voluntarily dismissed without prejudice, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i). Plaintiff to bear her own costs.

Neither defendant has appeared herein and specifically, neither defendant has filed an answer or a motion for summary judgment.

This is the first and only action the plaintiff has filed in any state or federal court related to the facts stated in the Complaint.

1

Dated: March 10, 2021                    Respectfully submitted,

LEAR WERTS LLP

_____
Todd C. Werts*                    MO Bar # 53288
103 Ripley Street
Columbia, Missouri 65201
Tel:    573-875-1991
Fax:    573-875-1985
Email: werts@learwerts.com
*Admitted Pro Hac Vice*

SPRAGENS LAW PLC
John Spragens                    TN BPR No. 31445
311 22nd Ave. N.
Nashville, TN 37203
T: (615) 983-8900
F: (615) 682-8533
john@spragenslaw.com

ATTORNEYS FOR PLAINTIFFS

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing Notice of Dismissal without prejudice was filed with the Court's CM/ECF system on the 10th day of March, 2022. That system will serve copies on all those seeking notice.

_____
Todd C. Werts

2